[No. 52113-6-I.   Division One.   January 18, 2005.]

THE CITY OF LYNDEN, *Petitioner*, v. THE PUBLIC EMPLOYMENT
RELATIONS COMMISSION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-2-02366-1, Steven J. Mura, J.,
entered October 9, 2002. *Affirmed* by unpublished opinion
per Kennedy, J., concurred in by Agid and Schindler, JJ.

[No. 52564-6-I.   Division One.   January 18, 2005.]

*In the Matter of the Detention of* TIMOTHY WARNER,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-2-05700-2, Ellen J. Fair, J., en-
tered June 5, 2003. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 52823-8-I.   Division One.   January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRETT WAYNE
DAWSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-07967-5, Donald D. Haley, J., entered July
3, 2003. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Agid and Schindler, JJ.

[No. 53134-4-I.   Division One.   January 18, 2005.]

SIXTY-01 ASSOCIATION OF APARTMENT OWNERS, ET AL.,
*Respondents*, v. CAROL KENT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-11170-0, James A. Doerty, J., entered
September 8, 17, and 22, 2003. *Affirmed in part, reversed
in part*, and *remanded* by unpublished opinion per Cox,
C.J., concurred in by Grosse, J.; Ellington, J., concurring
separately.